JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | ) Case No. CV 20-11137 FMO (PVCx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| GENEVIEVE C. MORALES, et al., | ) |
| Defendants. | ) |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of March, 2021.

/s/
Fernando M. Olguin
United States District Judge